1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | BENNY C. GOODMAN III (211302)
  | ERIK W. LUEDEKE (249211)
3 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101
4 | Telephone: 619/231-1058
  | 619/231-7423 (fax)
5 | bgoodman@rgrdlaw.com
  | eluedeke@rgrdlaw.com
6 |
  | Attorneys for Plaintiff
7 |
  | [Additional counsel appear on signature page.]
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID STACHOWSKI, Derivatively on Behalf of VAXART, INC., | ) ) ) | Case No. 4:20-cv-06525-JST |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| vs. | ) ) | |
| STEVEN J. BOYD, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| VAXART, INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | |

4837-5065-6977.v1

1  Plaintiff hereby voluntary dismisses the above-entitled action without prejudice under Rule
2  41(a)(1) of the Federal Rules of Civil Procedure.  Neither plaintiff nor his counsel has or will take
3  anything from the dismissal of this action without prejudice.  Notice of the voluntary dismissal of
4  this action is not required under Rule 23.1 of the Federal Rules of Civil Procedure, as a substantially
5  similar action involving substantially the same claims and defendants is pending in the Superior
6  Court of California, which plaintiff will seek to join in the interest of streamlining the litigation.

DATED:  November 13, 2020                    Respectfully submitted,

              ROBBINS GELLER RUDMAN
                 & DOWD LLP
              BENNY C. GOODMAN III
              ERIK W. LUEDEKE


                 s/ Benny C. Goodman III
              BENNY C. GOODMAN III

              655 West Broadway, Suite 1900
              San Diego, CA  92101
              Telephone:  619/231-1058
              619/231-7423 (fax)
              bennyg@rgrdlaw.com
              eluedeke@rgrdlaw.com

              BARR LAW GROUP
              LEONID KANDINOV
              501 West Broadway, Suite 800
              San Diego, CA  92101
              Telephone:  619/400-4966
              619/400-4810 (fax)
              leo@barrlaw.com

              Attorneys for Plaintiff